IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **FRANKIE JAE LORDMASTER,** ) | Civil Action No. 7:13-cv-00506 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **AUGUSTA CORRECTIONAL** ) | | |
| **CENTER PERSONNEL, et al.,** ) | By: | Hon. Michael F. Urbanski |
| Defendants. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that defendants Hinkle, Jennings, Wheeler, Linkenholker, and Shifflet's motion for summary judgment is **GRANTED**; the claims against defendants Building C/D Sergeant and Building C/D Lieutenant are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel for Defendants.

Entered: July 9, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge